

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-21-00115-CR

JANET LISTER, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 188th District Court
Gregg County, Texas
Trial Court No. 50688-A

Before Morriss, C.J., Stevens and van Cleef, JJ.

ORDER

The appellant's brief in this matter was originally due March 31, 2022. This Court extended that briefing deadline twice, on appellant's motions, resulting in the most recent due date of May 23, 2022. We informed counsel when we granted the last extension request that further extension requests would not be granted absent extraordinary circumstances. Counsel has nonetheless filed a third motion seeking an additional thirty-day extension of the briefing deadline.

We have reviewed the case files and appellate record, as well as counsel's most recent motion to extend time, and find no extraordinary circumstances that would warrant an additional thirty-day extension of the filing deadline. Consequently, counsel's third motion to extend the time to file the appellate brief in this matter is denied.

We hereby order counsel to file the appellate brief in this matter on or before June 22, 2022. This gives counsel the full thirty days she sought in her motion to complete the brief, which we are certain will be adequate. The failure to file a brief on or before June 22 will result in abatement of this appeal to the trial court for a hearing under Rule 38.8(b) of the Texas Rules of Appellate Procedure.

IT IS SO ORDERED.

BY THE COURT

Date: May 24, 2022

2